UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL D. POPLAR, P.A., <br><br> Plaintiff, <br><br> v. <br><br> KINSALE INSURANCE COMPANY, <br><br> Defendant. | Civ. No. 1:17-cv-01414 (NLH) (JS) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with the Settlement Agreement and Mutual Release executed by the parties, it is HEREBY STIPULATED AND AGREED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, with each side to bear its own costs of suit and attorneys' fees.

| BLANK ROME LLP | HINSHAW & CULBERTSON LLP |
|---|---|
| */s/ Lisa M. Campisi* | */s/ Nicholas A. Corsano* |
| Lisa M. Campisi | Nicholas A. Corsano |
| Stephen M. Orlofsky | 800 Third Avenue, 13th Floor |
| Kevin R. Doherty | New York, New York 10022 |
| 301 Carnegie Center | Tel: 212-471-6200 |
| Princeton, New Jersey 08540 | Fax: 212-935-1166 |
| Tel: 609-750-2648 | ncorsano@hinshawlaw.com |
| Fax: 609-897-7288 | |
| LCampisi@BlankRome.com | Michele A. Vargas |
| *Attorneys for Plaintiff* <br> *Carl D. Poplar PA* | 2525 Ponce de Leon Blvd., 4th Floor <br> Coral Gables, FL 33134 |

Tel: 305-358-7747
Fax: 305-577-1063
MVargas@hinshawlaw.com

*Attorneys for Defendant Kinsale Insurance Company*

SO ORDERED

_____
HON. NOEL L. HILLMAN
United States District Court Judge